■ JOHN HEARD et al., Individually and on Behalf of All Other Persons Similarly Situated, Appellants, v MARIO M. CUOMO, as Governor of the State of New York, et al., Respondents. (Action No. 1.) MICHAEL KOSKINAS et al., Individually and on Behalf of All Other Persons Similarly Situated, Appellants-Respondents, v Jo I. BOUFFORD, as President of the New York City Health and Hospitals Corporation, et al., Respondents-Appellants. (Action No. 2.) No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Kupferman and Rubin, JJ. *[See,* 150 Misc 2d 257.]